Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CHRISTOPHER SCHORTAU,<br><br>Defendant. | DOCKET NO. 6:14-mj-030-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, William Christopher SCHORTAU, was arrested March 30, 2014, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: possession of a controlled substance (psilocybin mushrooms); and Count 2: failing to have vehicle lighting equipment in good working order. SCHORTAU plead guilty May 6, 2014, to Count 1, and the other count was dismissed. Judgement was not entered on Count 1. SCHORTAU was sentenced to the following: pay a $800 fine, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing was set for April 21, 2015, at 10:00 a.m. The Government alleges William Christopher SCHORTAU has violated the following condition(s) of his unsupervised probation:

//

1

CHARGE ONE:    FAILURE TO PAY FINE

SCHORTAU was ordered to pay a fine of $800. To date, SCHORTAU has paid $0 of the fine.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. William Christopher Schortau*, 6:14-mj-030-MJS, be left on calendar for April 21, 2015, at 10:00 a.m..

Dated: April 20, 2015					By: /s/ Matthew McNease
							Matthew McNease
							Acting Legal Officer
							**Yosemite National Park, CA**

**ORDER**

**THE COURT ORDERS** Defendant to Appear at Yosemite District Courthouse on April 21, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 20, 2015				/s/ *Michael J. Seng*
							UNITED STATES MAGISTRATE JUDGE